IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON A. MORGAN and
CALVIN D. LEE,

    Plaintiffs,

v.

MARIO CANZIANI, et al.

    Defendants.

ORDER

Case No. 23-cv-774-wmc

---

Plaintiffs Brandon A. Morgan and Calvin D. Lee, both in the custody of the Wisconsin Department of Corrections, have submitted a proposed complaint and have each paid the $402 filing fee. Because plaintiffs are prisoners, plaintiffs are subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiffs Brandon A. Morgan and Calvin D. Lee's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiffs will be notified promptly when such a decision has been made. In the meantime, if plaintiffs need to communicate with the court about this case, plaintiffs should be sure to write the case number shown above on any communication.

Entered this 4th day of December, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge